

ORIGINAL

FILED

10/21/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0453

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0453

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

TOSTON GRAY LAFOURNAISE,

    Defendant and Appellant.

FILED

OCT 2 1 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Pursuant to the Internal Operating Rules of this Court, this cause is classified for oral argument before the Court sitting en banc and is hereby set for argument on Wednesday, December 8, 2021, at 9:30. a.m. The oral argument will be conducted entirely by visual and audio communication devices on Zoom. All counsel, as well as every member of the Court, will appear via Zoom. The argument will be live-streamed and can be accessed through the Court's website at http://stream.vision.net/MT-JUD/.

IT IS FURTHER ORDERED that pursuant to M. R. App. P. 17(3), oral argument times in this cause number shall be forty (40) minutes for the Appellant and thirty (30) minutes for the Appellee.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Michael F. McMahon, District Judge.

DATED this 21st day of October, 2021.

For the Court,

By _____
                     Chief Justice